# Exhibit A

# Letter of Intent

Date: __November 23, 2009__

The purpose of this letter is to express our intent to purchase Non-performing mortgage loan ("NPN") loan in which _Wei Huang_ ("Buyer") would be willing to make an offer on a . The terms, including purchase price and amount of earnest money deposit are set forth below:

**Property Address: 722-728 Montgomery Street, San Francisco, CA 94104**

**Purchase Price Offered: $2,500,000.00 (equal to 1/3 of total value of NPN)**

**Terms: Cash**

**Earnest Money Deposit: 1,000,000.00**

Buyer intends to enter into a purchase and sale agreement immediately. The agreement would incorporate the terms set forth herein, together with such terms as may be agreed to by all parties.

This letter is intended as a non-binding expression of interest on the part of the Buyer to purchase the properties and not as purchase offer, which if accepted, would create a legally binding agreement.

If these terms set forth herein form an acceptable basis upon which you would sell the properties, and you would like to move forward to negotiate a purchase contract, please so indicate by signing below.

**If these terms and conditions are acceptable, please notify us immediately, so we may submit a binding purchase agreement.**

_____
Buyer's Signature

_____
Buyer's Signature

Liberty Asset Management Corporation
By _____
        Authorized Signature