JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

C. ALEX NAEGELE (SBN 255887)
alex@canlawcorp.com
**C. ALEX NAEGELE**
**A PROFESSIONAL LAW CORPORATION**
95 S. Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645

*Counsel for Plaintiff JD Brothers, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JD BROTHERS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, NORTH AMERICA ASSET MANAGEMENT CORPORATION, NORTH AMERICA CAPITAL, LLC, NORTH AMERICA HOLDING CORPORATION, BENJAMIN KIRK, aka BENNY KO, aka TZU PING KO, LUCY GAO, aka XIANG XIN GAO, SUNSHINE VALLEY, LLC, HK GRACE BUILDING LLC, CRYSTAL WATERFALLS LLC, HUNTINGTON GIANT CAPITAL CORPORATION and DOES 1-100,<br><br>Defendants. | Case No. 3:15-cv-01373-CRB<br><br>**STIPULATION AND ORDER RE: TAKING MOTIONS TO DISMISS OFF CALENDAR AND FILING OF AMENDED COMPLAINT**<br><br>Dept.: Courtroom 6, 17th Floor<br>Hon. Charles R. Breyer |

# RECITALS

WHEREAS, on March 25, 2015, Plaintiff JD Brothers LLC ("JD Brothers") filed its complaint in this action and Defendants were served and filed motions to dismiss, which are fully briefed and set for hearing on July 17, 2015;

WHEREAS, there is also a Case Management Conference set for July 17, 2015;

WHEREAS, the law firm of Cotchett, Pitre & McCarthy LLP was retained after JD Brothers filed its opposition to the motions to dismiss and, on June 15, 2015, the firm filed an Association of Counsel and Notices of Appearance for Joseph W. Cotchett and Nancy L. Fineman; and

WHEREAS, at a Rule 26(f) conference on June 19, 2015 and in subsequent communications between the parties, the parties agreed that it would be more efficient for JD Brothers to file an amended complaint than to await the Court's decision on the pending motions to dismiss, and that the Case Management Conference set for July 17, 2015 should be taken off calendar;

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and among all parties, through their undersigned counsel of record, and subject to the approval of this Court that:

1. The hearing on Defendants' motions to dismiss, which is currently set for July 17, 2015, be taken off calendar and not decided by this Court;
2. Plaintiff's Amended Complaint may be filed no later than July 27, 2015;
3. Defendants' Responses to the Amended Complaint may be filed no later than August 31, 2015;

///

///

4. The Case Management Conference currently set for July 17, 2015 be taken off calendar and reset to another date convenient to the Court's calendar.

**IT IS SO STIPULATED.**

Dated: June 24, 2015        */s/ Nancy L. Fineman*
                            Nancy L. Fineman

**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
nfineman@cpmlegal.com

**C. ALEX NAEGELE**
**A PROFESSIONAL LAW CORPORATION**
95 S. Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645

*Counsel for Plaintiff JD Brothers, LLC*

Dated: June 26, 2015        */s/ William Faulkner*
                            William Faulkner

**McMANIS FAULKNER**
50 W. San Fernando Street
10th Floor
San Jose, CA 95113
Tel: (408) 279-8700
Fax: (408) 279-3244
wfaulkner@mcmanislaw.com

*Attorneys for Defendants Liberty Asset Management Corporation, Sunshine Valley, LLC, and Benjamin Kirk*

| | | |
|---|---|---|
| 1 | Dated: June 26, 2015 | */s/ George P. Eshoo* |
| 2 | | George P. Eshoo |
| 3 | | **LAW OFFICES OF GEORGE P. ESHOO & ASSOCIATES** |
| 4 | | 702 Marshall Street, Suite 500 |
| 5 | | Redwood City, CA 94063 |
| | | Tel: (650) 364-7030 |
| 6 | | Fax: (650) 364-3054 |
| 7 | | georgeeshoo@aol.com |
| 8 | | *Attorneys for Defendants North America Asset Management Corporation, North America Capital LLC, and North America Holding Corporation* |
| 9 | | |
| 10 | Dated: June 26, 2015 | */s/ Anthony Moshirnia* |
| 11 | | Anthony Moshirnia |
| 12 | | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 13 | | 333 South Hope Street, 43rd Floor |
| 14 | | Los Angeles, CA 90071 |
| | | Tel: (213) 620-1780 |
| 15 | | Fax: (213) 620-1398 |
| 16 | | amoshirnia@sheppardmullin.com |
| 17 | | *Attorneys for Defendants Lucy Gao, HK Grace Building, LLC, Crystal Waterfalls LLC, and Huntington Giant Capital Corporation* |
| 18 | | |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

-3-

## **ATTESTATION OF FILING**

I, Nancy L. Fineman, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Nancy L. Fineman*
Nancy L. Fineman

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

1. The hearing on Defendants' motions to dismiss, which is currently set for July 17, 2015, is taken off calendar and the motions will not be decided by this Court;
2. Plaintiff may file an Amended Complaint no later than July 27, 2015;
3. Defendants may respond to the Amended Complaint no later than August 31, 2015;
4. The Case Management Conference currently set for July 17, 2015 is taken off calendar and will be reset to another date convenient to the Court's calendar.

**IT IS SO ORDERED.**

Date: June 26, 2015.                            _____
                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP