JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)
nfineman@cpmlegal.com
TIFFANY B. WONG (SBN 280620)
twong@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

C. ALEX NAEGELE (SBN 255887)
alex@canlawcorp.com
**C. ALEX NAEGELE
A PROFESSIONAL LAW CORPORATION**
95 S. Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645

*Counsel for Plaintiff JD Brothers, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JD BROTHERS LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, BENJAMIN KIRK, aka BENNY KO, aka TZU PING KO, LUCY GAO, aka XIANG XIN GAO, SUNSHINE VALLEY, LLC, HK GRACE BUILDING LLC, CRYSTAL WATERFALLS LLC, HUNTINGTON GIANT CAPITAL CORPORATION and DOES 1-100,<br><br>Defendants. | Case No. 3:15-cv-01373-CRB<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS CRYSTAL WATERFALLS LLC AND HUNTINGTON GIANT CAPITAL CORPORATION** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff JD Brothers LLC ("Plaintiff"), on the one hand, and Defendants Crystal Waterfalls LLC and Huntington Giant Capital Corporation (collectively, "Defendants") on the other hand, by and through the undersigned counsel of record, hereby stipulate and agree to dismiss these Defendants and all of their claims from this action <u>without</u> prejudice.  Each party shall bear its own attorneys' fees and costs.  In addition, if for some reason any of these Defendants is renamed in an amended complaint, the date of the filing of the original complaint, March 25, 2015, will control as the date that they were first named as a party.

IT IS SO STIPULATED.

Dated: July 27, 2015

**COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ Nancy L. Fineman
NANCY L. FINEMAN
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
nfineman@cpmlegal.com

**C. ALEX NAEGELE
A PROFESSIONAL LAW CORPORATION**
95 S. Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645

*Counsel for Plaintiff JD Brothers, LLC*

1  Dated: July 27, 2015

2                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

5             By         /s/ Anthony Moshirnia
              **ANTHONY N. MOSHIRNIA**
6             333 South Hope Street, 43rd Floor
              Los Angeles, California 90071-1422
7             Tel: (213) 620-1780
              Fax: (213) 620-1398
8             amoshirnia@sheppardmullin.com

9
              *Attorneys for Defendants Crystal Waterfalls LLC*
10            *and Huntington Giant Capital Corporation*