UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD BROTHERS LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, et al.,<br><br>  Defendants. | Case No. 15-cv-01373-VC<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 48 |

McManis Faulkner, counsel for Benjamin Kirk, Liberty Asset Management Corporation, and Sunshine Valley, LLC, has filed a motion to withdraw. The motion is granted, and the hearing scheduled for August 13 is vacated.

Counsel for the plaintiffs is directed to serve this order and all future papers on these defendants by mail and email. McManis Faulkner is ordered to make sure that plaintiffs' counsel has updated contact information for these defendants.

**IT IS SO ORDERED.**

Dated: August 10, 2015

_____
VINCE CHHABRIA
United States District Judge