UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD BROTHERS LLC, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, et al.,<br><br>            Defendants. | Case No.  15-cv-01373-VC<br><br>**ORDER RE HEARING ON THE DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 84, 85 |

The Court intends to deny the Kirk defendants' motion to dismiss and will not hear argument about it at the hearing.  However, the parties should be prepared to discuss whether the Gao defendants' motion to dismiss should be granted.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
VINCE CHHABRIA
United States District Judge