UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD BROTHERS LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-01373-VC<br><br>**ORDER DENYING MOTION TO DISMISS CROSS-CLAIMS**<br><br>Re: Dkt. No. 118 |

　　　　The Court has subject matter jurisdiction because the cross-claims relate to the same "transaction or occurrence" as the original action – the purchase and sale of 166 Geary Street, San Francisco, CA – and the cross-claims were brought against a coparty. Fed. R. Civ. P. 13(g); *see* Third Am. Compl. ¶¶ 8-9, 98, 106; Cross-Claim ¶¶ 15-18, 36-46. The cross-claims and the complaint's claims share a "common nucleus of operative fact" such that they "would normally be tried together." *Bahrampour v. Lampert*, 356 F.3d 969, 978 (9th Cir. 2004).

　　　　The cross-claimants have standing because they clearly allege an ownership interest in HK Grace. Cross-Claim ¶¶ 13, 21, 28, 32-33, 37. And for similar reasons, the assertions by the cross-defendants regarding the ownership status of HK Grace cannot, at the pleading stage, defeat the cross-claims.

　　　　Accordingly, the motion to dismiss the cross-claims is denied.

　　　　**IT IS SO ORDERED.**

Dated: October 24, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge