UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD BROTHERS LLC, ET AL.,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, et al.,<br><br>        Defendant. | Case No. 15-cv-01373-VC<br><br>**ORDER OF DISMISSAL** |

      The Court issued an order on the Motion to Dismiss Defendant HK Grace Building, LLC, filed on January 17, 2018. It appears there are no further active claims in the case. Therefore, it is ORDERED that this case is DISMISSED. All deadlines and hearings in the case are vacated. Any pending motions are moot.

      The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reopen the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

      **IT IS SO ORDERED.**

Dated: January 24, 2018

_____
VINCE CHHABRIA
United States District Judge